UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
CLERK'S OFFICE - CALENDAR UNIT

**NOTICE OF RELATED CASES**

Re:  23-35511  Legacy Health System v. Patrick Allen
  23-35516  Oregon Advocacy Center v. Patrick Allen

The above cases are being assigned to the same panel in **Seattle, Washington**, during the month of **May 2024** because the cases involve related issues concerning treatment resources for people who have been civilly committed.

The cases are not consolidated for oral argument, though counsel may wish to confer in order to enhance oral argument.

If you have questions, please contact the Calendar Unit at (415) 355-8190.

PANEL

NON-PUBLIC DOCKET (Clerk's Office Only) FOR
United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23-35511<br>**Nature of Suit:** 3440 Other Civil Rights<br>Legacy Health System, et al v. Patrick Allen, et al<br>**Appeal From:** U.S. District Court for Oregon, Eugene<br>**Fee Status:** Paid | **Docketed:** 07/27/2023 |

**Case Type Information:**
   1) civil
   2) private
   3) null

**Recusals:**

**MBC** Active: 1; **DJF** Active: 1; **SPG** Active: 1; **DFO** Active: 1

**Originating Court Information:**
   **District:** 0979-6 : 6:22-cv-01460-MO    **Lead:** 3:02-cv-00339-MO
   **Court Reporter:** Bonita Jean Shumway, Official Court Reporter
   **Trial Judge:** Michael W. Mosman, Senior District Judge
   **Date Filed:** 09/28/2022

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 07/13/2023 | 07/13/2023 | 07/24/2023 | 07/24/2023 |

**Prior Cases:**
   23-35039    **Case Type:** civil    **Nature of Suit:** 3720 Labor/Management Relations Act
   **Date Filed:** 01/18/2023    **Date Disposed:** 05/24/2023    **Disposition:** Admin Closed - Clerk Order

**Current Cases:**

| Related | Lead | Member | Start | End |
|---|---|---|---|---|
| | 23-35511 | 23-35516 | 08/01/2023 | |

**Panel Assignment:**
   **Type:** oral argument
   **Panel:** MMM*    WAF    JBO
   **Date of Hearing:** 05/08/2024    **Date of Decision:**

| | |
|---|---|
| LEGACY HEALTH SYSTEM<br>      Plaintiff - Appellant, | Thomas R. Johnson, Attorney<br>Direct: 503-220-2480<br>Email: tom.johnson@stoel.com<br>Fax: 503-220-2480<br>[COR LD NTC Retained]<br>Stoel Rives, LLP |

|  |  |
|---|---|
|  | Firm: 503-224-3380<br>760 SW 9th Avenue<br>Suite 3000<br>Portland, OR 97205<br><br>Eric John Neiman, Esquire, Attorney<br>Direct: 503-343-6477<br>Email: eneiman@ebglaw.com<br>Fax: 503-343-6476<br>[COR LD NTC Retained]<br>Epstein Becker & Green, PC<br>920 SW 6th Avenue<br>Suite 1200<br>Portland, OR 97204<br><br>Eric John Neiman, Esquire, Attorney<br>**Terminated:** 07/30/2023<br>Email: eneiman@ebglaw.com<br>[COR LD NTC Retained]<br>Lewis Brisbois Bisgaard & Smith, LLP<br>888 SW Fifth Avenue<br>Suite 900<br>Portland, OR 97204<br><br>Emma P. Pelkey, Attorney<br>Direct: 503-343-6478<br>Email: epelkey@ebglaw.com<br>Fax: 503-343-6476<br>[COR NTC Retained]<br>Epstein Becker & Green, PC<br>920 SW 6th Avenue<br>Suite 1200<br>Portland, OR 97204 |
| PEACEHEALTH<br>      Plaintiff - Appellant, | Thomas R. Johnson, Attorney<br>Direct: 503-220-2480<br>[COR LD NTC Retained]<br>(see above)<br><br>Eric John Neiman, Esquire, Attorney<br>Direct: 503-343-6477<br>[COR LD NTC Retained]<br>(see above)<br><br>Eric John Neiman, Esquire, Attorney<br>**Terminated:** 07/30/2023<br>[COR LD NTC Retained]<br>(see above)<br><br>Emma P. Pelkey, Attorney<br>Direct: 503-343-6478<br>[COR NTC Retained]<br>(see above) |

| | |
|---|---|
| PROVIDENCE HEALTH & SERVICES - OREGON<br>    Plaintiff - Appellant, | Thomas R. Johnson, Attorney<br>Direct: 503-220-2480<br>[COR LD NTC Retained]<br>(see above)<br><br>Eric John Neiman, Esquire, Attorney<br>Direct: 503-343-6477<br>[COR LD NTC Retained]<br>(see above)<br><br>Eric John Neiman, Esquire, Attorney<br>**Terminated:** 07/30/2023<br>[COR LD NTC Retained]<br>(see above)<br><br>Emma P. Pelkey, Attorney<br>Direct: 503-343-6478<br>[COR NTC Retained]<br>(see above) |
| LEGACY EMANUEL HOSPITAL & HEALTH CENTER, DBA Unity Center for Behavioral Health<br>    Plaintiff - Appellant, | Thomas R. Johnson, Attorney<br>Direct: 503-220-2480<br>[COR LD NTC Retained]<br>(see above)<br><br>Eric John Neiman, Esquire, Attorney<br>**Terminated:** 07/30/2023<br>[COR LD NTC Retained]<br>(see above)<br><br>Eric John Neiman, Esquire, Attorney<br>Direct: 503-343-6477<br>[COR LD NTC Retained]<br>(see above)<br><br>Emma P. Pelkey, Attorney<br>Direct: 503-343-6478<br>[COR NTC Retained]<br>(see above) |
| ST. CHARLES HEALTH SYSTEM, INC.<br>    Plaintiff - Appellant, | Thomas R. Johnson, Attorney<br>Direct: 503-220-2480<br>[COR LD NTC Retained]<br>(see above)<br><br>Eric John Neiman, Esquire, Attorney<br>**Terminated:** 07/30/2023<br>[COR LD NTC Retained]<br>(see above)<br><br>Eric John Neiman, Esquire, Attorney<br>Direct: 503-343-6477<br>[COR LD NTC Retained]<br>(see above) |

|  |  |
|---|---|
|  | Emma P. Pelkey, Attorney<br>Direct: 503-343-6478<br>[COR NTC Retained]<br>(see above) |
| v. |  |
| PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority<br>      Defendant - Appellee, | Sheila Potter, Assistant Attorney General<br>**Terminated:** 08/03/2023<br>Direct: 971-673-5026<br>Email: sheila.potter@doj.state.or.us<br>[COR LD NTC Dep State Aty Gen]<br>Oregon Department of Justice<br>Suite # 410<br>1515 Southwest 5th Avenue<br>Portland, OR 97201<br><br>Carla Scott, Attorney<br>**Terminated:** 08/03/2023<br>Direct: 971-673-1880<br>Email: carla.a.scott@doj.state.or.us<br>[COR LD NTC Dep State Aty Gen]<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br><br>Denise Gale Fjordbeck, Assistant Attorney General<br>**Terminated:** 12/12/2023<br>Email: denise.fjordbeck@doj.state.or.us<br>[COR NTC Government]<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301<br><br>Jona J. Maukonen, Esquire, Attorney<br>**Terminated:** 12/12/2023<br>Direct: 503-378-4402<br>Email: jona.j.maukonen@doj.state.or.us<br>[COR NTC Government]<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301<br><br>Inge D. Wells<br>Direct: 503-378-4402<br>Email: inge.d.wells@doj.state.or.us<br>[COR NTC Government]<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301 |
| JAMES SCHROEDER<br>      Defendant - Appellee, | Sheila Potter, Assistant Attorney General<br>**Terminated:** 08/03/2023 |

|  | Direct: 971-673-5026<br>[COR LD NTC Dep State Aty Gen]<br>(see above) |
|---|---|
|  | Carla Scott, Attorney<br>**Terminated:** 08/03/2023<br>Direct: 971-673-1880<br>[COR LD NTC Dep State Aty Gen]<br>(see above) |
|  | Denise Gale Fjordbeck, Assistant Attorney General<br>**Terminated:** 12/12/2023<br>[COR NTC Government]<br>(see above) |
|  | Jona J. Maukonen, Esquire, Attorney<br>**Terminated:** 12/12/2023<br>Direct: 503-378-4402<br>[COR NTC Government]<br>(see above) |
|  | Inge D. Wells<br>Direct: 503-378-4402<br>[COR NTC Government]<br>(see above) |

------------------------------

| NATIONAL ALLIANCE ON MENTAL ILLNESS OREGON<br>      Amicus Curiae, | Matthew J. Kalmanson, Attorney<br>Direct: 503-222-4499<br>Email: mjk@hartwagner.com<br>[COR LD NTC Retained]<br>Hart Wagner, LLP<br>20th Floor<br>1000 SW Broadway<br>Portland, OR 97205 |
|---|---|
| SALEM HEALTH HOSPITALS & CLINICS<br>      Amicus Curiae, | Keith J. Bauer, Attorney<br>Direct: 503-371-3502<br>Email: kbauer@pbswlaw.com<br>Fax: 503-371-0429<br>[COR LD NTC Retained]<br>Parks Bauer Sime Winkler & Fernety, LLP<br>570 Liberty Street, SE<br>Suite 200<br>Salem, OR 97301 |
| SAMARITAN HEALTH SERVICES, INC.<br>      Amicus Curiae, | Keith J. Bauer, Attorney<br>Direct: 503-371-3502<br>[COR LD NTC Retained]<br>(see above) |

PANEL

NON-PUBLIC DOCKET (Clerk's Office Only) FOR
United States Court of Appeals for the Ninth Circuit

**Court of Appeals Docket #:** 23-35516     **Docketed:** 08/01/2023
**Nature of Suit:** 3440 Other Civil Rights
Oregon Advocacy Center, et al v. Patrick Allen, et al
**Appeal From:** U.S. District Court for Oregon, Portland
**Fee Status:** Paid

**Case Type Information:**
   1) civil
   2) private
   3) null

**Recusals:**

**DJF** Active: 1

**Originating Court Information:**
   **District:** 0979-3 : 3:02-cv-00339-MO
   **Court Reporter:** Bonita Jean Shumway, Official Court Reporter
   **Trial Judge:** Michael W. Mosman, Senior District Judge
   **Date Filed:** 03/19/2002

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 06/29/2023 | 06/29/2023 | 07/27/2023 | 07/28/2023 |

**Prior Cases:**
19-35519     **Case Type:** civil     **Nature of Suit:** 3440 Other Civil Rights
**Date Filed:** 06/18/2019     **Date Disposed:** 09/04/2019     **Disposition:** FRAP 42b Dismissal - Clerk Order
motions: RRC*   NRS   MTF
motions: AWT*   MDS   MJB

20-35540     **Case Type:** civil     **Nature of Suit:** 3440 Other Civil Rights
**Date Filed:** 06/16/2020     **Date Disposed:** 08/16/2021     **Disposition:** Vacated, Remanded - Memorandum
Completed Panel: WAF*   MTF   fb

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | 23-35511 | 23-35516 | 08/01/2023 | |

**Panel Assignment:**
   **Type:** oral argument
   **Panel:** MMM*    WAF    JBO
   **Date of Hearing:** 05/08/2024     **Date of Decision:**

| OREGON ADVOCACY CENTER | Emily Rebecca Cooper |
|---|---|
|    Plaintiff - Appellee, | Direct: 503-243-2081 |

|  |  |
|---|---|
|  | Email: ecooper@droregon.org<br>[COR LD NTC Retained]<br>Disability Rights Oregon<br>511 SW 10th Avenue<br>Suite 200<br>Portland, OR 97205<br><br>Jesse Merrithew<br>Direct: 971-229-1241<br>Email: jesse@lmhlegal.com<br>[COR LD NTC Retained]<br>Levi Merrithew Horst, PC<br>610 SW Alder Street<br>Suite 415<br>Portland, OR 97205<br><br>Thomas Stenson, Attorney<br>Direct: 503-243-2081<br>Email: tstenson@droregon.org<br>Fax: 503-243-1738<br>[COR LD NTC Retained]<br>Disability Rights Oregon<br>511 SW 10th Avenue<br>Suite 200<br>Portland, OR 97205 |
| METROPOLITAN PUBLIC DEFENDER SERVICES, INC.<br>      Plaintiff - Appellee, | Emily Rebecca Cooper<br>Direct: 503-243-2081<br>[COR LD NTC Retained]<br>(see above)<br><br>Jesse Merrithew<br>Direct: 971-229-1241<br>[COR LD NTC Retained]<br>(see above)<br><br>Thomas Stenson, Attorney<br>Direct: 503-243-2081<br>[COR LD NTC Retained]<br>(see above) |
| A. J. MADISON<br>      Plaintiff - Appellee, | Emily Rebecca Cooper<br>Direct: 503-243-2081<br>[COR LD NTC Retained]<br>(see above)<br><br>Jesse Merrithew<br>Direct: 971-229-1241<br>[COR LD NTC Retained]<br>(see above)<br><br>Thomas Stenson, Attorney<br>Direct: 503-243-2081 |

| | |
|---|---|
| | [COR LD NTC Retained]<br>(see above) |
| v. | |
| PATRICK ALLEN, Director of the Department of Human Services, in his official capacity<br>　　　Defendant - Appellee, | Denise Gale Fjordbeck, Assistant Attorney General<br>**Terminated:** 11/07/2023<br>Email: denise.fjordbeck@doj.state.or.us<br>[COR LD NTC Asst State Aty Gen]<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301<br><br>Sheila Potter, Assistant Attorney General<br>**Terminated:** 08/23/2023<br>Direct: 971-673-5026<br>Email: sheila.potter@doj.state.or.us<br>[COR LD NTC Dep State Aty Gen]<br>Oregon Department of Justice<br>Suite # 410<br>1515 Southwest 5th Avenue<br>Portland, OR 97201<br><br>Leigh Salmon<br>Direct: 503-378-4402<br>Email: leigh.a.salmon@doj.state.or.us<br>[COR LD NTC Asst State Aty Gen]<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301<br><br>Carla Scott, Attorney<br>**Terminated:** 08/23/2023<br>Direct: 971-673-1880<br>Email: carla.a.scott@doj.state.or.us<br>[COR LD NTC Dep State Aty Gen]<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201 |
| DOLORES MATTEUCCI, Superintendent of Oregon State Hospital, in her official capacity<br>　　　Defendant - Appellee, | Denise Gale Fjordbeck, Assistant Attorney General<br>**Terminated:** 11/07/2023<br>[COR LD NTC Asst State Aty Gen]<br>(see above)<br><br>Sheila Potter, Assistant Attorney General<br>**Terminated:** 08/23/2023<br>Direct: 971-673-5026<br>[COR LD NTC Asst State Aty Gen]<br>(see above)<br><br>Leigh Salmon<br>Direct: 503-378-4402<br>[COR LD NTC Asst State Aty Gen] |

|  |  |
|---|---|
|  | (see above) |
|  | Carla Scott, Attorney<br>**Terminated:** 08/23/2023<br>Direct: 971-673-1880<br>[COR LD NTC Dep State Aty Gen]<br>(see above) |
| v. |  |
| MARION COUNTY, Proposed Intervenor<br>    Movant - Appellant, | Jane Vetto<br>Direct: 503-588-5220<br>Email: jvetto@co.marion.or.us<br>Fax: 503-373-4967<br>[COR LD NTC Dep County Counsel]<br>MARION COUNTY LEGAL COUNSEL<br>530 Center Street, NE<br>P.O. Box 14500<br>Salem, OR 97309 |

OREGON ADVOCACY CENTER; METROPOLITAN PUBLIC DEFENDER SERVICES, INC.; A. J. MADISON,

　　　　Plaintiffs - Appellees,

 v.

PATRICK ALLEN, Director of the Department of Human Services, in his official capacity; DOLORES MATTEUCCI, Superintendent of Oregon State Hospital, in her official capacity,

　　　　Defendants - Appellees,

 v.

MARION COUNTY, Proposed Intervenor,

　　　　Movant - Appellant.

| 08/01/2023 | 1 | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. SEND MQ: Yes. The schedule is set as follows: Appellant Marion County Mediation Questionnaire due on 08/08/2023. Transcript ordered by 08/28/2023. Transcript due 09/28/2023. Appellant Marion County opening brief due 11/06/2023. Appellees Patrick Allen, A. J. Madison, Dolores Matteucci, Metropolitan Public Defender Services, Inc. and Oregon Advocacy Center answering brief due 12/06/2023. Appellant's optional reply brief is due 21 days after service of the answering brief. [12766006] (Talavera, Ruben) [Entered: 08/01/2023 01:57 PM] |
| 08/01/2023 |  | Case referral created. 08/01/2023, Staff Review - Ready, MOATT. [12766012] (Talavera, Ruben) [Entered: 08/01/2023 02:00 PM] |
| 08/01/2023 |  | Case referral updated. Case - Person Assigned: Motions, Initial Review, Title: Staff Attorney, Date Assigned: 08/01/2023. [12766166] (Hidalgo, Susan) [Entered: 08/01/2023 03:25 PM] |